# EXHIBIT B

# SUPERIOR COURT OF CLINCH COUNTY
# STATE OF GEORGIA

⚖ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CLINCH COUNTY, GEORGIA

**20CV-116**

**OCT 09, 2020 04:18 PM**

*Mary Ruth Handley*
Mary Ruth Handley, Clerk
Clinch County, Georgia

CIVIL ACTION NUMBER   20CV-116

Handley, Lexie

─────────────────────────────
**PLAINTIFF**
                                          VS.

Werner Enterprises, Inc.
Ace American Ins. Co.

─────────────────────────────
**DEFENDANTS**

### SUMMONS

TO: WERNER ENTERPRISES, INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the
Plaintiff's attorney, whose name and address is:

> **Brent J Savage**
> **Savage Turner & Pinckney**
> **102 East Liberty Street**
> **Eighth Floor**
> **Savannah, Georgia 31401**

an answer to the complaint which is herewith served upon you, within 30 days after service of
this summons upon you, exclusive of the day of service. If this action pertains to a Protective
Order, the Answer is to be filed and served on or before the scheduled hearing date attached.
If you fail to do so, judgment by default will be taken against you for the relief demanded in
the complaint.

**This 9th day of October, 2020.**

Clerk of Superior Court

*Mary Ruth Handley*

Mary Ruth Handley, Clerk
Clinch County, Georgia

⚡ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
CLINCH COUNTY, GEORGIA

**20CV-116**

OCT 09, 2020 04:18 PM

*Mary Ruth Handley*
Mary Ruth Handley, Clerk
Clinch County, Georgia

## IN THE SUPERIOR COURT OF CLINCH COUNTY
### STATE OF GEORGIA

| | |
|---|---|
| LEXIE HANDLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO: _____ |
| | ) |
| WERNER ENTERPRISES, INC. and | ) |
| ACE AMERICAN INS. CO. | ) |
| | ) |
| Defendant. | ) |

### <u>COMPLAINT</u>

COMES NOW, Lexie Handley, and shows this Court the following as her complaint:

1. Plaintiff is a citizen and resident of DuPont, Clinch, County, Georgia. As pled in this complaint, she was severely injured in a wreck on September 20, 2019.

2. Defendant Werner Enterprises, Inc. ("Werner Enterprises") is a corporation headquartered in Omaha, Nebraska. It is liable to the Plaintiff based upon a wreck caused by its agent/employee on Georgia Highway 38 at the above stated placed and date. Upon information and belief, Defendant Werner Enterprises, Inc. may be served with process through its Registered Agent, Corporate Creations Network, Inc., 2985 Gordy Parkway, 1st Floor, Marietta, Georgia 30006.

3. At the time of this wreck and all times relevant, Werner Enterprises (U.S. DOT # 53467) was a motor carrier  insured under a contract of insurance with Ace American Ins. Co.

4. Ace American Ins. Co. a property party to this lawsuit under the Direct Action laws in Georgia.

*Page 1 of 3*

5.    Upon information and belief, Defendant Ace American Ins. Co. may be served with process through its Registered Agent, CT Corporation System, 289 S. Culver Street, Lawrenceville, GA 30046.

6.    Jurisdiction and venue are proper in this Court based upon the non-resident motorist Act, as passed in Georgia.

7.    The Werner Enterprises truck was in the center-turn lane at the intersection of Georgia Highway 38 near the intersection with Bypass Road.  Without proper warning, it left the center turn lane and moved into the left travel lane and stopped.

8.    Ms. Handley was traveling in her proper lane of passing a vehicle in the far right hand lane.  When she pulled into the passing lane, the defendant's truck was parked there improperly cutting off Ms. Handley's proper lane of travel.

9.    As a result, Ms. Handley was badly injured.  It is believed certain of these injuries will continue well into the future and be permanent in nature, more likely than not.

10.   As a result, Ms. Handley has a claim against the Defendants for:

    a.    medical/hospital bills;

    b.    lost wages;

    c.    physical and mental pain and suffering; and

    d.    permanent impairment.

11.   The Defendant has acted in bad faith and has been stubbornly litigious and therefore is liable for attorneys fees pursuant to O.C.G.A. §9-11-13.

**WHEREFORE,** Plaintiff prays for the following relief:

    (A)    That Summons and Process be issued and served upon Defendants;

    (B)    For a trial by a jury comprised of twelve persons;

(C)   That the Plaintiff be awarded an appropriate sum to compensate for his injuries

and damages; and

(D)   That Plaintiff recover such other and further relief as this Court deems just and

proper.

This 9TH day of October, 2020

/s/ Brent J. Savage
Brent J. Savage
Georgia Bar No. 627450

SAVAGE, TURNER, DURHAM,
PINCKNEY & SAVAGE
Post Office Box 10600
Savannah, Georgia 31412
(912) 231-1140