

BRENT J. SAVAGE
ROBERT BARTLEY TURNER
KATHRYN HUGHES PINCKNEY
BRENT J. SAVAGE, JR.
JAMES H. WILSON III
ZACHARY R. SPROUSE
WINSTON A. EDWARDS
CAROLYN M. ADAMS
ELIZABETH D. McKEE
SOPHIA E. KARNEGIS

September 2, 2020

***VIA ELECTRONIC FILING ONLY***

Clerk of Court
U.S. District Court for the Middle District of Georgia
Valdosta Division
401 North Patterson Street
Valdosta, GA 31601

  Re: *Handley v. Werner Enterprises, Inc. And ACE American Insurance Co.*
    Civil Action No. 7:20-cv-00235-WLS
    Request for Clerk's extension to file response to Defendant Werner
    Enterprises, Inc.'s Motion to Exclude

Dear Sir or Madam:

  Brent Savage and I represent the Plaintiff in the above-styled case, and I write to request a Clerk's extension of time to file a response to Defendant Werner Enterprises Inc.'s motion to compel Plaintiff's cellular phone information. The current deadline for Plaintiff to file a response is Tuesday, September 7, 2021 (this date was calculated by adding one day due to Monday, September 6, being a federal holiday, Labor Day). I hereby request that Plaintiff be allowed an extra 14 days–through and including Monday, September 20, 2021–to file a response to this motion.

  I understand that, pursuant to Local Rule 6.2, these extensions may be issued directly by your office because they would be for only 14 days. Please let me know if you require additional information. I greatly appreciate your attention to this request.

               Very truly yours,

               */s/ Zachary R. Sprouse*

               Zachary R. Sprouse

  cc:  Counsel of record (via CM/ECF)

102 E. LIBERTY ST. | 8TH FLOOR  SAVANNAH GEORGIA 31401   P.O. BOX 10600  SAVANNAH  GEORGIA  31412
P | 912.231.1140  F | 912.232.4212   savageandturner.com