# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| LEXIE HANDLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>WERNER ENTERPRISES, INC. and ACE AMERICAN INS. CO.,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>7:20-cv-00235-WLS<br><br>REMOVED FROM SUPERIOR COURT OF CLINCH COUNTY, CIVIL ACTION FILE NO. 20CV-116 |

## DEFENDANT ACE AMERICAN INS. CO.'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, **ACE AMERICAN INS. CO.**, Defendant in the above-styled action (hereinafter "Defendant ACE"), and files this motion for summary judgment, relying on the following:

**A.** Declaration of Vincent Naimoli; and

**B.** Defendant ACE's Brief in Support of its Motion for Summary Judgment.

Respectfully submitted this 28th day of October, 2021.

[SIGNATURE PAGE FOLLOWS]

- 2 -

**HALL BOOTH SMITH, P.C.**

*/s/ Daniell R. Fink*
SCOTT H. MOULTON
Georgia State Bar No. 974237
SEAN B. COX
Georgia State Bar No. 664108
DANIELL R. FINK
Georgia State Bar No. 540374
*Attorneys for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
scox@hallboothsmith.com
dfink@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **LEXIE HANDLEY,** | |
| Plaintiffs, | **CIVIL ACTION FILE NO.** <br> **7:20-cv-00235-WLS** |
| v. | |
| **WERNER ENTERPRISES, INC.** <br> **and ACE AMERICAN INS. CO.,** | **REMOVED FROM SUPERIOR COURT OF CLINCH COUNTY, CIVIL ACTION FILE NO.** <br> **20CV-116** |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANT ACE AMERICAN INS. CO.'S MOTION FOR SUMMARY JUDGMENT** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

Brent J. Savage
Zachary P. Sprouse
Savage, Turner, Pinckney & Savage
Post Office Box 10600
Savannah, Georgia 31412
bsavage@savagelawfirm.net
zsprouse@savagelawfirm.net

Berrien Sutton
172 West Dame Avenue
Homerville, Georgia 31634
berrien@suttonlawllc.com

This 28th day of October, 2021.

**HALL BOOTH SMITH, P.C.**

*/s/ Daniell R. Fink*
SCOTT H. MOULTON
Georgia State Bar No. 974237
SEAN B. COX
Georgia State Bar No. 664108
DANIELL R. FINK
Georgia State Bar No. 540374
*Attorneys for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
smoulton@hallboothsmith.com
scox@hallboothsmith.com
dfink@hallboothsmith.com