## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| LEXIE HANDLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CV-00235 (WLS) |
| | : | |
| WERNER ENTERPRISES, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

In reviewing the record of this case, the Court has determined that the Defendant's Answer to the Complaint has not been filed on the docket. Accordingly, Defendant is **ORDERED** to file its Answer immediately and **no later than Friday, February 4, 2022**.

**SO ORDERED**, this 31st day of January 2022.

                                                                               /s/ W. Louis Sands
                                                                               **W. LOUIS SANDS, SR. JUDGE**
                                                                               **UNITED STATES DISTRICT COURT**