# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| LEXIE HANDLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CV-00235 (WLS) |
| | : | |
| WERNER ENTERPRISES, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court noticed this case for a pretrial conference to occur on April 13, 2022 and for trial during the Court's next Valdosta trial term beginning on May 9, 2022. (Doc. 87.) Thereafter, two of Defendant's three attorneys filed an Application for Leave of Absence. (Docs. 89 & 90.) Based on the dates of unavailability stated in the Applications, it appears that one attorney is unavailable for the pretrial conference and the other attorney is unavailable for several days in the May trial term. However, neither Application requests a continuance, and it otherwise appears that all of Defendant's attorneys will be available for part of the May trial term. As such, consistent with Local Rule 83.1.5, Attorneys Scott Moulton and Sean Cox are **EXCUSED** from attending on the dates specified in their Applications for Leave of Absence. The April 13, 2022 pretrial conference and May trial remain as scheduled unless a motion to continue is filed and granted.

**SO ORDERED**, this 25th day of March 2022.

                                              /s/ W. Louis Sands
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**