IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| LEXIE HANDLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CV-00235 (WLS) |
| | : | |
| WERNER ENTERPRISES, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

The Court held a pretrial conference in this case on Thursday, April 14, 2022. Present at the conference were counsel for Plaintiff and for Defendant. The Court issues this order to memorialize the findings made and instructions given at the pretrial conference.

Plaintiff's counsel stated that he was no longer seeking attorney's fees, and the Court instructed that he file a notice on the record. The Parties' counsel also agreed that certain objections as to the other party's exhibits were withdrawn, and Plaintiff's counsel agreed to remove text from certain exhibits and share them with Defendant' counsel. Plaintiff's counsel also clarified that the deposition testimony he intends to play for the jury is for impeachment purposes, except for the testimony of Plaintiff which is admissible as statements of a party opponent. Plaintiff's counsel made no further arguments regarding the deposition testimony.

The Parties' counsel also made arguments regarding matters raised in their motions in limine that the Court will address after both motions have been responded to. The Court ordered that Defendant's response to Plaintiff's motion in limine (Doc. 110) be filed **no later than Thursday, April 21, 2022**.

1

The Court also instructed the Parties on the procedures applicable for trial, including that the trial will follow the Court's compressed trial schedule which begins at 8:00am and ends at 2:00pm, except for jury selection day. The Court confirmed that the trial would begin on Monday, May 23, 2022 but asked that the Parties leave open Friday, May 20, 2022 at 2pm in case a telephone conference is needed between the Parties and the Court. The Parties also requested that the rule of sequestration of witnesses be invoked, which the Court approved. The Court also stated that it would order that an amended proposed pretrial order be filed, which should include a joint stipulation of facts if possible, after the Court resolves the motions in limine.

**SO ORDERED**, this 15th day of April 2022.

                                      **/s/ W. Louis Sands**
                                      **W. LOUIS SANDS, SR. JUDGE**
                                      **UNITED STATES DISTRICT COURT**