## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| LEXIE HANDLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CV-00235 (WLS) |
| | : | |
| WERNER ENTERPRISES, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

At the pretrial conference on Thursday, April 14, 2022, the Parties discussed their objections to the other party's exhibits and deposition testimony, and it appeared that certain of those objections were withdrawn or resolved and that certain exhibits would be modified. Furthermore, a joint stipulation of fact has not been filed.

Accordingly, **no later than Monday, May 9, 2022**, the Parties shall each file a brief of no more than ten pages specifying the nature of any remaining issues that should be resolved before the trial in this case and their position on those issues, with citations to applicable case law and the record. By the same date, the Parties shall also email to the Clerk's Office an amended joint proposed pretrial order and joint stipulation of fact.

**SO ORDERED**, this 27th day of April 2022.

                                                                    */s/ W. Louis Sands*
                                                                    **W. LOUIS SANDS, SR. JUDGE**
                                                                    **UNITED STATES DISTRICT COURT**