## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| LEXIE HANDLEY, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:20-CV-00235 (WLS) |
| WERNER ENTERPRISES, INC., | : |
| Defendant. | : |

### **ORDER**

Previously, the Court ordered the Parties to file a brief by May 9, 2022, specifying the nature of any remaining issues that should be resolved before the trial in this case. (Doc. 117.) Plaintiff timely filed a brief enumerating several issues. So that the Court can promptly address the matters raised in Plaintiff's brief, Defendant shall file a response thereto **no later than Friday, May 13, 2022**.

**SO ORDERED**, this 10th day of May 2022.

　　　　　　　　　　　　　　　　　　　/s/ W. Louis Sands
　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, SR. JUDGE**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

1