# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| LEXIE HANDLEY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO.: 7:20-CV-00235 (WLS) |
| | : |
| WERNER ENTERPRISES, INC., | : |
| | : |
| Defendant. | : |

## ORDER

The Court hereby **GRANTS** Defendant's Motion to Enter Courthouse with Electronic Equipment. (Doc. 123.) However, counsel must comply with the Court's procedures and permitted use policies. In-court recording and photography are strictly prohibited, and operation of counsel's devices and electronic equipment shall not disrupt court proceedings.

**SO ORDERED**, this 18th day of May 2022.

                                          **/s/ W. Louis Sands**
                                          **W. LOUIS SANDS, SR. JUDGE**
                                          **UNITED STATES DISTRICT COURT**