### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | |
|---|---|
| LEXIE HANDLEY, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:20-CV-00235 (WLS) |
| WERNER ENTERPRISES, INC., | : |
| Defendant. | : |

## ORDER

Before the Court is Plaintiff's Motion to Enter Courthouse with Electronic Equipment. (Doc. 129.) While most items Plaintiff requests to bring for the trial are permissible, speakers and similar audio equipment are not usually allowed. Counsel shall confirm with the Court's IT personnel which equipment may be used in the courtroom and must comply with the Court's procedures and permitted use policies. In-court recording and photography are strictly prohibited, and operation of counsel's devices and electronic equipment shall not disrupt court proceedings.

Accordingly, Plaintiff's motion (Doc. 129) is **GRANTED-IN-PART** and **DENIED-IN-PART**.

**SO ORDERED**, this 19th day of May 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**