**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| LEXIE HANDLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CV-00235 (WLS) |
| | : | |
| WERNER ENTERPRISES, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

A jury trial was held in this case from Monday, May 23, 2022 through Thursday, May 26, 2022. Based on an error in the caption on the verdict form, the Defendant objected to the verdict and moved for a mistrial. The Court ordered that the Defendant file a brief no later than Friday, June 3, 2022 and that Plaintiff's brief be filed no later than Friday, June 10, 2022. The Parties shall also state in their briefing whether they request a hearing on the issues raised in their briefs.

For completeness of the record, the verdict form is attached hereto **UNDER SEAL** as Exhibit A to be made available only to counsel for the Plaintiff and Defendant for their use in briefing the post-trials issues in this case. The Clerk has been instructed not to file the verdict form as the verdict in this case until instructed to do so by the Court, and no Party shall use the verdict form for any other purpose unless and until it is filed publicly on the record.

**SO ORDERED**, this 27th day of May 2022.

                                                                                       /s/ W. Louis Sands
                                                                                        **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**