

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**
**AT VALDOSTA, GEORGIA**

# MASTER EXHIBIT LIST
## 7:20CV235
## HANDLEY V. WERNER ENTERPRIES
## JURY TRIAL (WEEK OF MAY 23, 2022)

| Exhibit No.: | Description<br><br>Defendant's Exhibits | Tendered | Admitted without objection [unless noted] |
|---|---|---|---|
| 1 | Copy of Police Report | X | X |
| 2 | Supplemental report w/overlay | X | X |
| 4 | Accident Scene Photos | X | X |
| 5 | Drone Video 01-05 | X | X |
| 6 | Drive thru Video | X | X |
| 7 | Animations | X | X |
| 7A2 | Animations | X | X NWJ |
| 7B2 | Animations | X | X NWJ |
| 9 | Vehicle Insp. Photos | X | X |
| 10 | Photos of damaged I Phone | X | X |
| 11 | Logs and location Data | X | X |
| 12 | Message Log | X | X |
| 13 | Bosch ACM CDR | X | X |
| 14 | ACM Speed Data | X | X |
| 15 | Records fir UF Health | X | X |
| 16 | Coastal Pines School Transcript | X | X |

| 17 | **Georgia Military College** | X | X |
| --- | --- | --- | --- |
| 18 | **Air Evac Lifetime Records** | X | X |
| 20 | **Morton and Peavy** | X | X |
| 21 | **South GA Medical Center** | X | X |
| 22 | **Dr. Cobarrubias** | X | X |
| 33 | **CAD Report** | X | X |
| 34 | **PHOTO  Dash Can Screen Shot** | X | X |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |