IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| LEXIE HANDLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CV-00235 (WLS) |
| | : | |
| WERNER ENTERPRISES, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

A jury trial was held in this case from Monday, May 23, 2022 through Thursday, May 26, 2022. Based on an error in the caption on the verdict form, the Defendant objected to the verdict and moved for a mistrial. To allow both Parties a fair opportunity to present their arguments on this discrete issue to the Court, the Court ordered that the Defendant file a brief no later than Friday, June 3, 2022 and that Plaintiff's brief be filed no later than Friday, June 10, 2022. (Doc. 136.) Defendant filed two separate motions by the same deadline. (Docs. 144 & 145.) For clarity, only Plaintiff's response to Doc. 144 is due by Friday, June 10, 2022. All other post-trial motions, including the motion at Doc. 145, shall proceed according to the regular briefing schedule per this Court's Local Rules.

The Clerk is **DIRECTED** to docket Doc. 145 as a separate motion with a twenty-one-day response deadline.

**SO ORDERED**, this 8th day of June 2022.

                                                              /s/ W. Louis Sands
                                                              **W. LOUIS SANDS, SR. JUDGE**
                                                              **UNITED STATES DISTRICT COURT**