## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | | |
|---|---|---|
| LEXIE HANDLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CV-00235 (WLS) |
| | : | |
| WERNER ENTERPRISES, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

Defendant has filed a "Motion for Mistrial or New Trial," to which Plaintiff has timely responded. (Docs. 144 & 149.) Defendant now states that it intends to file a reply brief by June 15, 2022 and requests oral argument on this motion. (Doc. 150.) For the reasons stated by the Court when the motion was made orally, the Court would like to resolve this motion as soon as possible. Thus, Defendant's reply brief is due **no later than Wednesday, June 15, 2022**.

The Court has also conferred with counsel for the Parties regarding their availability for scheduling the oral argument, and defense counsel has informed the Court that he will withdraw the request for oral argument. As such, Defendant is ordered to withdraw the request for oral argument **as soon as possible and no later than Wednesday, June 15, 2022.**

**SO ORDERED**, this 13th day of June 2022.

                                                                      **/s/ W. Louis Sands**
                                                                      **W. LOUIS SANDS, SR. JUDGE**
                                                                      **UNITED STATES DISTRICT COURT**