IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| LEXIE HANDLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CV-00235 (WLS) |
| | : | |
| WERNER ENTERPRISES, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Jury trial began in this case on Monday, May 23, 2022, and on Thursday, May 26, 2022 the jury returned its verdict. (*See* Doc. 160.) The jury awarded Plaintiff $6,000,000 in total monetary damages but found that she was 40% at fault. *Id.* Consistent with Georgia law, the Court must reduce the amount of damages in proportion to Plaintiff's fault. OCGA § 51-12-33(a); *Clark v. Rush*, 718 S.E.2d 555, 559 (Ga. Ct. App. 2011).

Accordingly, the Court hereby **ORDERS** that judgment be entered in favor of Plaintiff Lexie Handley and against Defendant Werner Enterprises, Inc. for $3,600,000.00.

**SO ORDERED**, this 17th day of June 2022.

                                                                                        **/s/ W. Louis Sands**
                                                                                        **W. LOUIS SANDS, SR. JUDGE**
                                                                                        **UNITED STATES DISTRICT COURT**