IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LEXIE HANDLEY, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-CV-235(WLS) |
| | * |
| WERNER ENTERPRISES, INC. , | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to the jury verdict dated May 26, 2022, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $3,600,000.00. The amount shall accrue interest from the date of entry of judgment at the rate of 2.34 % per annum until paid in full. Plaintiff shall also recover costs of this action.

This 17th day of June, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk