IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LEXIE HANDLEY,<br><br>Plaintiff,<br><br>v.<br><br>WERNER ENTERPRISES, INC.,<br><br>Defendant. | CIVIL ACTION FILE NO.<br>7:20-cv-00235-WLS |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW, **SANDRO STOJANOVIC,** of Hall Booth Smith, P.C., and files this Notice of Substitution of Counsel, removing Sean B. Cox as counsel for Defendants and shall be substituted in his place. Scott H. Moulton will remain lead counsel of record for Defendants.

Respectfully submitted this 24th day of January, 2023.

                                                        **HALL BOOTH SMITH, P.C.**

                                                        */s/ Sandro Stojanovic*

191 Peachtree Street, N.E.                         SANDRO STOJANOVIC
Suite 2900                                                               Georgia Bar No. 473114
Atlanta, GA  30303-1775                           *Counsel for Defendant*
Tel:  404-954-5000
Fax:  404-954-5020
sstojanovic@hallboothsmith.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LEXIE HANDLEY,<br><br>         Plaintiff,<br><br>v.<br><br>WERNER ENTERPRISES, INC.,<br><br>         Defendant. | CIVIL ACTION FILE NO.<br>7:20-cv-00235-WLS |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** upon all parties to this matter by filing said document electronically with the Clerk of Court and/or depositing a true and correct copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon:

| | |
|---|---|
| Brent J. Savage<br>Zachary P. Sprouse<br>Savage, Turner, Pinckney & Savage<br>Post Office Box 10600<br>Savannah, Georgia 31412<br>bsavage@savagelawfirm.net<br>zsprouse@savagelawfirm.net | Berrien Sutton<br>172 West Dame Avenue<br>Homerville, Georgia 31634<br>berrien@suttonlawllc.com |

This 24th day of January, 2023.

                                        **HALL BOOTH SMITH, P.C.**

                                        */s/ Sandro Stojanovic*

191 Peachtree Street, N.E.              SANDRO STOJANOVIC
Suite 2900                                        Georgia Bar No. 473114
Atlanta, GA  30303-1775              *Counsel for Defendant*
Tel:  404-954-5000
Fax:  404-954-5020
sstojanovic@hallboothsmith.com