IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LEXIE HANDLEY, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-CV-235(WLS) |
| | * |
| WERNER ENTERPRISES, INC., | |
| | * |
| Defendant. | |
| | * |

**A M E N D E D   J U D G M E N T**

Pursuant to the jury verdict dated May 26, 2022, and this Court's Order dated February 7, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $3,814,315.06. The amount shall accrue interest from the date of entry of judgment at the rate of 2.34 % per annum until paid in full. Plaintiff shall also recover costs of this action.

This 7th day of February, 2023.

David W. Bunt, Clerk

s/Robin Walsh, Deputy Clerk