IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **LEXIE HANDLEY,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **WERNER ENTERPRISES, INC.,** : <br> : <br> **Defendant.** : <br> _____ : | CASE NO: 7:20-cv-235 (WLS) |

**ORDER**

This matter is before the Court on the Parties' Joint Motion to Further Amend the Judgment (Doc. 188) ("Motion") filed February 21, 2023. Therein, the Parties request the Court make certain amendments to the Amended Judgment (Doc. 181) entered on February 7, 2023. The Court notes, however, that on February 20, 2023, Defendant filed a Notice of Appeal (Doc. 186) with respect to (1) the Judgment entered on June 17, 2022 (Doc. 163), (2) the Order on Defendant's Motion for Judgment as a Matter of Law or, in the alternative, Motion for New Trial entered on February 7, 2023 (Doc. 180), and (3) the Amended Judgment entered on February 7, 2023 (Doc. 181). "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982). The Court is unaware of an exception that permits this Court to retain jurisdiction, even with the consent of the Parties, to alter the Amended Judgment entered on February 7, 2023, over which the Eleventh Circuit currently has control.

Based on the foregoing, the Court hereby **ORDERS** that within seven (7) days of entry of this Order, the Parties shall supplement their Motion to provide the authority upon which

1

they rely holding that this Court has jurisdiction to address the proposed amended consent judgment.

**SO ORDERED**, this 22nd day of February 2023.

                                            **/s/ W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**