IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LEXIE HANDLEY , | * |
| Plaintiff, | * |
| v. | Case No. 7:20-cv-235 (WLS) |
| | * |
| WERNER ENTERPRISES, INC., | |
| | * |
| Defendant. | |
| | * |

## SECOND AMENDED J U D G M E N T

Pursuant to the jury verdict dated May 26, 2022, and this Court's Orders dated February 7, 2023, and February 28, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff in the amount of $3,814,315.06, which includes $214,315.06 in prejudgment interest. The principal amount of $3,600,000.00 shall accrue interest from the date of entry of judgment (June 17, 2022) at the rate of 2.34% per annum until paid in full. Plaintiff shall also recover $14,486.11 in costs of this action.

This 28th day of February, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk