## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

**LEXIE HANDLEY,**                :
                                  :
    **Plaintiff,**            :
                                  :
v.                                :
                                  :   CASE NO: 7:20-cv-235 (WLS)
**WERNER ENTERPRISES, INC.,**     :
                                  :
    **Defendant.**           :
                                  :
_____

### ORDER

    Presently pending before the Court is Motion and Stipulation of the Parties to Supplement the Record on Appeal Under Fed. R. App. P. 10(e) (Doc. 199) ("Motion"). Therein, the parties state that they have identified the following documents omitted from the record on appeal and stipulate to their addition to the record:

1. The clip report of the videotaped deposition testimony of Albert Edmonds, as played at trial on May 24, 2022 (attached to the Motion as Exhibit A);

2. The clip report of the videotaped deposition testimony of Dr. Jeffrey Brunelli, M.D., as played at trial on May 24, 2022 (attached to the Motion as Exhibit B);

3. The clip report of the videotaped deposition testimony of Dr. Anthony Bunnell, M.D., DMD, as played at trial on May 24, 2022 (attached to the Motion as Exhibit C);

4. The clip report of the videotaped deposition testimony of Christy Musgrove, as played at trial on May 25, 2022 (attached to the Motion as Exhibit D); and

5. The highlighted transcript of the deposition of Alex Peavey, D.M.D., which highlighted portions represent the portions played at trial on May 25, 2022 (attached to the Motion as Exhibit E).

    The Parties state that it is necessary to supplement and perfect the record on appeal because the record does not currently reflect all deposition testimony played to the jury. The Parties further stipulate to the substantial accuracy of the exhibits attached to the Motion.

After review of Parties' Motion, the Court finds that Motion is well-taken and the record should be supplemented with the transcripts of the videotaped deposition testimony of the above witnesses.

Accordingly, the Motion (Doc. 199) is **GRANTED**. The Court directs the Clerk of Court for the United States District Court for the Middle District of Georgia to certify and forward this Order, the Motion (Doc. 199) and attached exhibits to the Eleventh Circuit Court of Appeals in furtherance of the pending appeal No. 23-10587.

**SO ORDERED**, this 31st day of March 2023.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**