# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **LEXIE HANDLEY,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | **CASE NO: 7:20-cv-235 (WLS)** |
| **WERNER ENTERPRISES, INC.,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Before the Court is Plaintiff's Satisfaction of Judgment (Doc. 203) ("Satisfaction") against Defendant Werner Enterprises, Inc. ("Werner") in which the Plaintiff acknowledges that the Second Amended Judgment (Doc. 193) ("Judgment") has been fully satisfied.

Also before the Court is the Motion for Relief from Final Judgment and to Release Supersedeas Bond No. 107775275 (Doc. 204) ("Motion to Release") filed by Werner. Therein, Werner requests the Court relieve it from the Judgment due to its satisfaction, direct the Clerk to enter a satisfaction of judgment on the docket, and direct the Clerk to release Supersedeas Bond 107775275 to Defendant.

Based on Plaintiff's statements in the Satisfaction, the Court finds that the Motion to Release is well-taken. Therefore, the Court acknowledges on the record that the Judgment (Doc. 193) has been fully satisfied as to Werner, the sole remaining Defendant in this case.

Accordingly, the Motion to Release (Doc. 204) is **GRANTED**, and the Clerk of Court, or his deputy, is **DIRECTED** to enter a satisfaction of judgment on the docket and is further **DIRECTED** to release Supersedeas Bond 107775275 to the Defendant Werner Enterprises, Inc..

**SO ORDERED**, this 26th day of February 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**